## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-05024-SSS (GJS) | Date | November 7, 2022 |
|---|---|---|---|
| Title | Kenneth Lee Stinchcomb v. Brian Birkholz | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge |
|---|---|

| E. Quintero | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) Order to Show Cause Re: Failure to Respond to Petition

On August 24, 2022, the Petition in this 28 U.S.C. § 2241 habeas action was served upon Respondent. [Dkt. 3, "August 24 Order."] On September 19, 2022, counsel for Respondent entered an appearance. [Dkt. 4.] Under the August 24 Order, Respondent was required to file and serve an Answer to the Petition by no later than October 23, 2022; however, no Answer, or request for an extension of time, has been filed.

Accordingly, Respondent is ORDERED TO SHOW CAUSE why sanctions should not issue based on his failure to comply with the August 24 Order and to respond to the Petition. By no later than November 21, 2022, Respondent shall file and serve a Response to this Order to Show Cause explaining why his noncompliance. Alternatively, Respondent may comply with this Order to Show Cause by filing and serving his Answer to the Petition by that same November 21 deadline.

**IT IS SO ORDERED.**

Initials of preparer _eq___