JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KENNETH LEE STINCHCOMB, | Case No. 2:22-cv-05024-SSS (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| BRIAN BIRKHOLTZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: April 12, 2023

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE